1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 13644
3  LISA C. CARTIER GIROUX
   Nevada Bar No. 14040
4  Email: Lisa.Cartier-Giroux@usdoj.gov
   KIMBERLY SOKOLICH
5  Email: Kimberly.Sokolich@usdoj.gov
   Assistant United States Attorneys
6  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
7  Phone: (702) 388-6336
   *Representing the United States of America*

8

                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

10 United States Of America,       )   Case No.  2:20-mj-00661-DJA
                                   )
11              Plaintiff,         )   ORDER   **To Continue Preliminary**
                                   )   **Hearing**
12     vs.                         )          (Second Request)
                                   )
13 ALEXANDER KOSTAN,               )
                                   )
14              Defendant.         )

15 ────────────────────────────

16     IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A

17 Trutanich, United States Attorney; Lisa Cartier Giroux, Assistant United States Attorney;

18 Kimberly Sokolich, Assistant United States Attorney, representing the United States of

19 America and Robert Langord, Esq., counsel for defendant Alexander Kostan, that the

20 preliminary hearing in the above captioned case, which is currently scheduled for October

21 26, 2020 at 4:00pm, be continued and reset to a date and time convenient to the Court, but

22 no sooner than sixty (60) days.

23     1.   The government provided counsel for the defendant with limited Rule 16

24 Discovery, however, due to technical difficulties defense counsel has not be able to view the

1

discovery. The government will re-provide defense counsel with a new copy of the discovery. Counsel for the defendant requests time to review the discovery and discuss it with his client prior to a preliminary hearing or indictment. Additionally, the parties are discussing a pre-indictment resolution that may resolve the matter without a preliminary hearing.

2. This continuance is not sought for purposes of delay, but to allow defense counsel an opportunity to review discovery with their client and prepare for the preliminary hearing.

3. The defendant is not detained and agrees to the continuance.

4. Both counsel for the defendant and counsel for the government agree to the continuance.

5. Federal Rule of Criminal Procedure 5.1(d) provides that a magistrate judge may extend the time limits in Rule 5.1(c) with the defendant's consent and upon a showing of good cause taking into account the public interest in the prompt disposition of criminal cases. Because the defendant requires time to review discovery with their client prior to the preliminary hearing, good cause exists to extend the time limits in Rule 5.1(c).

6. The time from October 26, 2020, to the new preliminary hearing date will be excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), which provides that the Court may exclude time arising from a continuance upon finding that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial.

7. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

8. The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

9. This is the second request to continue the preliminary hearing.

DATED this 21 day of October, 2020.

NICHOLAS A. TRUTANICH  
United States Attorney

*/s/ Lisa C. Cartier Giroux*  
LISA C. CARTIER GIROUX  
Assistant United States Attorney

*/s/ Kimberly Sokolich*  
KIMBERLY SOKOLICH  
Assistant United States Attorney

*/s/ Robert Langford*  
ROBERT LANGFORD  
Counsel for Defendant Alexander Kostan

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| United States Of America, | ) | Case No.  Case No.  2:20-mj-00661-DJA |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **Findings and Order on Stipulation** |
| Alexander Kostan, | ) | |
| Defendant. | ) | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. The government provided counsel for the defendant with limited Rule 16 Discovery, however, due to technical difficulties defense counsel has not be able to view the discovery. The government will re-provide defense counsel with a new copy of the discovery.  Counsel for the defendant requests time to review the discovery and discuss it with his client prior to a preliminary hearing or indictment.

2. To allow the defense time to review the discovery with their client prior to the preliminary hearing and with the defendant's consent, the preliminary hearing in this case should be continued for good cause.

3. The defendant is not detained and agrees to the continuance.

4. Both counsel for the defendant and counsel for the government agree to the continuance.

5. This continuance is not sought for purposes of delay, but to allow defense counsel an opportunity to review discovery with their client prior to a preliminary hearing or indictment.

6. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

7. The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matters currently scheduled for October 26, 2020, at 4:00p.m., be vacated and continued to December 28, 2020, at 4:00 p.m., Courtroom 3A.

DATED this 22nd day of October, 2020.

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge