RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Alexander Kostan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER KOSTAN,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00081-APG-DJA<br><br>**STIPULATION TO CONTINUE PROBATION REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Alexander Kostan, that the Probation Revocation Hearing currently scheduled on April 24, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defendant has experienced several traumatic life events in recent months, including a car accident and an assault. This has caused delay in completing certain requirements of supervised release.

2. The parties agree that additional time is warranted to allow Defendant to come into compliance.

3. Defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the probation revocation hearing.

DATED this 22nd day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Mina Chang*<br>MINA CHANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXANDER KOSTAN,<br><br>  Defendant. | Case No. 2:21-cr-00081-APG-DJA<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the probation revocation hearing currently scheduled for April 24, 2024 at 2:30 p.m., be vacated and continued to May 29, 2024 at the hour of 1:30 p.m. in Courtroom 6C; or to a time and date convenient to the court.

  DATED this 22nd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

3